**Vacate and Remand and Opinion Filed January 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01070-CV

## IN THE INTEREST OF J.M.F., J.V.F., J.A.F., AND J.D.F., CHILDREN

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-0225**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Boatright
Opinion by Justice Francis

Before the Court is the letter signed on January 5, 2018 by the parties' attorneys, asking the Court to remand this case back to the trial court for further proceedings consistent with their agreement. The parties informed the Court that they have resolved the case and incorporated the terms of their settlement agreement into their Amended Final Decree of Divorce. We construe the letter as a joint motion to dismiss the appeal.

In accordance with the parties' agreement, we grant the motion, vacate the trial court's judgment without regard to the merits, and remand the case back to the trial court for rendition of judgment in accordance with the agreement. TEX. R. APP. P. 42.1(a)(2)(B).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

171070F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.M.F., J.V.F., J.A.F., AND J.D.F., CHILDREN

No. 05-17-01070-CV

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-17-0225.
Opinion delivered by Justice Francis, Justices Evans and Boatright participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment without regard to the merits and **REMAND** the case back to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, it is **ORDERED** that appellee Justin Lee Falcicchio recover his costs of this appeal from appellant Jenny Kay Falcicchio.

Judgment entered January 18, 2018.